UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KINGS ROAD HOLDINGS VIII LTD, ) <br> and KINGS ROAD INVESTMENTS LTD, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PAUL A. MOORE; ) <br> RED CANYON ADVISORS, LLC; ) <br> MOORE INVESTMENTS, INC.; and ) <br> RED CANYON ADVISORS, LLC; ) <br> Defendants ) | 1:12-cv-08657-RWS <br> ECF case |

## DECLARATION OF W. MURLEY PALMER, ESQ. IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT RED CANYON ADVISORS, LLC

1. I am counsel for the Plaintiffs in this matter.

2. Defendant Red Canyon Advisors, LLC was named as a defendant through the filing of the Complaint on November 27, 2012. (DE # 1.)

3. I provided to the Office of the Clerk of this Court a captioned summons addressed to Red Canyon Advisors, LLC as a defendant, within which I had provided my name and address as the plaintiffs' attorney upon whom to serve an answer or motion. This summons was signed and sealed by a Deputy Clerk and returned to me, after which time I provided a copy of the summons and of the Complaint, SDNY ECF Rules & Instructions, and Individual Practices of Judge Robert W. Sweet (collectively "the service papers"), to the process server to serve.

4. On March 20, 2013, the process server conveyed that Red Canyon Advisors, LLC had been served through service of the service papers that day upon an Assistant

1

Secretary of National Registered Agents, Inc.–National Registered Agents, Inc. being the registered agent of the defendant, pursuant to Delaware law for service upon a corporate registered agent for a limited liability company.

5. The records of the Department of State Division of Corporations of the State of Delaware stated on the day of service (and also presently state) that National Registered Agents, Inc. of Dover, DE, was (and is) the registered agent of Red Canyon Advisors, LLC.

6. In that it is a limited liability company, and thus a legal entity (and not a person), Red Canyon Advisors is not: an infant, in the military or an incompetent person.

7. I have never entered into a stipulation on behalf of my clients, the Plaintiffs, regarding extending the time for Red Canyon Advisors to answer or otherwise respond to the complaint.

I hereby declare under the penalties of the laws of the United States that the foregoing statements are true and accurate.

/s W. Murley Palmer
_____
W. Murley Palmer, Esq.

DATED: April 15, 2013