USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4\15\13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

KINGS ROAD HOLDINGS VIII LTD,
et al.,
       Plaintiffs,

   -against –

MOORE, et al.,
       Defendants

-------------------------------------------------------x

1:12 Civ. 08657 (RWS)

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on November 27, 2012 with the filing of the summons and complaint, a copy of the summons and complaint was served on defendant Red Canyon Advisors, LLC by serving each on its registered agent, National Registered Agents, Inc., on March 20, 2013, and proof of such service thereof was filed on March 27, 2013.

I further certify that the docket entries indicate that the defendant Red Canyon Advisors, LLC has not filed an answer or otherwise moved with respect to the complaint herein.

The default of defendant Red Canyon Advisors, LLC is hereby noted.

Dated: New York, New York

                      RUBY J. KRAJICK
                      Clerk of Court

                      By: _____
                            Deputy Clerk