UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KINGS ROAD HOLDINGS VIII LTD,
et al.,
       Plaintiffs,

    -against –

MOORE, et al.,
       Defendants

-----------------------------------------------------------x

1:12 Civ. 08657 (RWS)

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on November 27, 2012 with the filing of the summons and complaint, a copy of the summons and complaint was served on defendant MBC Global, LLC by serving each on the Illinois Secretary of State as its irrecoverably appointed agent on March 11, 2013, and proof of such service thereof was filed on March 27, 2013.

I further certify that the docket entries indicate that the defendant MBC Global, LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant MBC Global, LLC is hereby noted.

Dated: New York, New York

                                    **RUBY J. KRAJICK**
                                    Clerk of Court

                                    By: _____
                                        Deputy Clerk

1