UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
KINGS ROAD INVESTMENTS LTD., and KINGS
ROAD HOLDINGS VIII LTD.,

                Plaintiffs,

        v.                                    Case No.12-cv-08657 (RWS) (WHD)

PAUL A. MOORE, MBC GLOBAL, LLC, MOORE
INVESTMENTS INC., RED CANYON ADVISORS,
LLC.,

                Defendants,
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that Zev F. Raben of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action and that the undersigned has been retained as an attorney for Defendant Paul A. Moore and hereby demands service of all papers and notices of all proceedings in said action be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
         April 15, 2013

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: _____S/ Zev F. Raben_____
        Zev F. Raben

900 Third Avenue
New York, New York 10022
(212) 508-7548
Fax: (212) 371-1084
Email: raben@thsh.com

*Attorneys for Defendant*
*Paul A. Moore*

[979271-1]