UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
KINGS ROAD HOLDINGS VII LTD and :
KINGS ROAD INVESTMENTS LTD, : 12-CV-08657 (RWS)
 :
                      Plaintiffs, :
 :
        - against - :
 :
PAUL A. MOORE; :
MBC GLOBAL, LLC; :
MOORE INVESTMENTS, INC.; and :
RED CANYON ADVISORS, LLC, :
 :
                      Defendants. :
 :
------------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND DEMAND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE, that Paul D. Sarkozi of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action and that the undersigned has been retained as an attorney for Defendants Moore Investments, Inc., MBC Global, LLC and Red Canyon Advisors, LLC and hereby demands service of all papers and notices of all proceedings in said action be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York           TANNENBAUM HELPERN
       April 17, 2013                         SYRACUSE & HIRSCHTRITT LLP

                                                By:      s/ Paul D. Sarkozi
                                                       Paul D. Sarkozi
                                        900 Third Avenue
                                        New York, New York 10022
                                        (212) 508-6700
                                        Fax: (212) 371-1084
                                        Email: sarkozi@thsh.com
                                        *Attorneys for Defendants*
                                        *Moore Investments, Inc., MBC Global,*
                                        *LLC and Red Canyon Advisors, LLC*