UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
KINGS ROAD HOLDINGS VII LTD and : 12-CV-08657 (RWS)
KINGS ROAD INVESTMENTS LTD, :
:
:
Plaintiffs, :
:
: **RULE 7.1 DISCLOSURE**
- against - : **STATEMENT OF**
: **MBC GLOBAL, LLC,**
PAUL A. MOORE; : **MOORE INVESTMENTS,**
MBC GLOBAL, LLC; : **INC. AND RED CANYON**
MOORE INVESTMENTS, INC.; and : **ADVISORS, LLC**
RED CANYON ADVISORS, LLC, :
:
Defendants. :
:
------------------------------------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants MBC Global, LLC, Moore Investments, Inc. and Red Canyon Advisors, LLC ("Defendants") hereby certifies that there are no corporate parents of any of the Defendants, that Defendants are nongovernmental corporate parties, and that no publicly held corporations own more than 10% of any of the Defendants' stock. None of the Defendants are publicly-traded corporations.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

Dated: New York, New York
April 17, 2013

                      Respectfully submitted,

                      **TANNENBAUM HELPERN**
                      **SYRACUSE & HIRSCHTRITT LLP**

                      By:    /s/Paul D. Sarkozi
                           Paul D. Sarkozi
                           Zev F. Raben
                      900 Third Avenue
                      New York, New York 10022
                      Phone: (212) 508-6700
                      Fax: (212) 371-1084
                      sarkozi@thsh.com
                      raben@thsh.com
                      *Attorneys for Defendants*
                      *MBC Global, LLC, Moore Investments, Inc.*
                      *and Red Canyon Advisors, LLC*