UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

KINGS ROAD HOLDINGS VII LTD and : 12-CV-08657 (RWS)
KINGS ROAD INVESTMENTS LTD,

                        Plaintiffs,

         - against -

PAUL A. MOORE; : **NOTICE OF MOTION**
MBC GLOBAL, LLC;
MOORE INVESTMENTS, INC.; and
RED CANYON ADVISORS, LLC,

                        Defendants.

------------------------------------------------------------------- x

     **PLEASE TAKE NOTICE** that, upon the accompanying Declarations of Paul A. Moore, and Paul D. Sarkozi, the Memorandum of Law in Support of their Motion to Set Aside the Entries Of Default, dated April 17, 2013, and all prior pleadings and proceedings, Defendants Paul A. Moore, MBC Global, LLC, Moore Investments, Inc. and Red Canyon Advisors, LLC will move this Court before the Honorable J. Sweet, United States District Judge, at the Daniel Patrick Moynihan, 500 Pearl Street, New York, New York 10007, on May 22, 2013, or at a date and time to be determined by this Court, for an order pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, setting aside the Clerk's Entries of Default requested by Plaintiffs.

     Pursuant to Your Honor's Individual Rules of Practice, oral argument shall be held on May 22, 2013 at 12:00 p.m.

Date:  New York, New York
       April 17, 2013

                     TANNENBAUM HELPERN
                     SYRACUSE & HIRSCHTRITT LLP

                     By:   /s/Paul D. Sarkozi
                           Paul D. Sarkozi
                           Zev F. Raben
                     900 Third Avenue
                     New York, New York 10022
                     (212) 508-6700 (phone)
                     (212) 371-1084 (fax)
                     sarkozi@thsh.com
                     raben@thsh.com
                     *Attorneys for Defendants*