UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
: 12-CV-08657 (RWS)
KINGS ROAD HOLDINGS VII LTD and :
KINGS ROAD INVESTMENTS LTD, : **DECLARATION OF**
: **PAUL A. MOORE**
:
Plaintiffs, :
:
- against - :
:
PAUL A. MOORE; :
MBC GLOBAL, LLC; :
MOORE INVESTMENTS, INC.; and :
RED CANYON ADVISORS, LLC, :
:
Defendants. :
:
:
------------------------------------------------------------------ x

    I, PAUL A. MOORE, do hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

    1.    I am a named defendant in this action and respectfully submit this Declaration in support of Defendants' Motion to Set Aside the Entry of Default.

    2.    My wife was served with the Complaint on January 30, 2013. However, due to a miscommunication with my wife, I believed that she had not been personally served.

    3.    In fact, it was not until April 4, 2013, when I consulted with an attorney after receiving a letter relating to one of the entity defendants, that I learned that a docket entry indicated that my wife had been personally served and that plaintiffs had obtained an entry of default against me.

    4.    I promptly sought New York counsel, whom I engaged on April 9, 2013.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:   April 17, 2013

_____
PAUL A. MOORE