UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

KINGS ROAD HOLDINGS VII LTD, et al.,

                Plaintiffs,

  - against -

PAUL A. MOORE, et al.,

                Defendants.

----------------------------------------X

12 Civ. 8657 (RWS)

O R D E R

**Sweet, D.J.**

      Defendants' motion to set aside the Clerk's entries of default will be heard at noon on Wednesday, May 29, 2013, in courtroom 18C. All motion papers shall be served in accordance with Local Rule 6.1.

      It is so ordered.

**New York, NY**
**May 2, 2013**

ROBERT W. SWEET
U.S.D.J.