UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KINGS ROAD HOLDINGS VIII LTD, )<br>and KINGS ROAD INVESTMENTS LTD, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PAUL A. MOORE; )<br>RED CANYON ADVISORS, LLC; )<br>MOORE INVESTMENTS, INC.; and )<br>RED CANYON ADVISORS, LLC; )<br>Defendants ) | 1:12-cv-08657-RWS<br>ECF case |

## PLAINTIFFS' NOTICE OF ERRATUM TO THEIR <u>RESPONSE TO DEFENDANTS' MOTION TO SET ASIDE THE ENTRIES OF DEFAULT</u>

Plaintiffs, through their undersigned attorney, submit the following correction to their previously submitted <u>Response to Defendants' Motion to Set Aside the Entries of Default</u>. DE # 30.

### ERRATUM

Location:
| Page; Line | Initial: | Changed to: |
|---|---|---|
| p. 9; l. 22 | Gary Tadych | Colin Markey |

This correction was communicated to defendants through their counsel by plaintiffs through their counsel by email before the commencement of business this day.

1

Dated: May 2, 2013	Respectfully submitted,

Plaintiffs Kings Road Holdings VIII Ltd and

Kings Road Investments Ltd

By their attorney

s/ W. Murley Palmer
_____
W. Murley Palmer, Esq.
ALECTO LAW GROUP, LLP

Admitted *Pro Hac Vice*

(Admitted: Massachusetts, BBO # 563978)

87 Wendell Street, Suite 200
Boston, MA 02110-3037
Tel: 617.435.1206
Fax: 617.209.1152
Email: alectolawgroup@gmail.com

## CERTIFICATION OF SERVICE

I certify that this paper and the accompanying declarations and exhibits to same will be served on all counsel of record on this day May 2, 2013, through the ECF system as a NEF email pursuant to the Federal Rules of Civil Procedure and the Local Rules.

s/ W. Murley Palmer	DATED: May 2, 2013
_____
W. Murley Palmer, Esq.