UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
 

| | |
|---|---|
| KINGS ROAD HOLDINGS VII LTD and<br>KINGS ROAD INVESTMENTS LTD,<br><br>        Plaintiffs,<br><br>  - against -<br><br>PAUL A. MOORE;<br>MBC GLOBAL, LLC;<br>MOORE INVESTMENTS, INC.; and<br>RED CANYON ADVISORS, LLC,<br><br>        Defendants. | 12-CV-08657 (RWS)<br><br>**DECLARATION OF PAUL D. SARKOZI IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO SET ASIDE THE <u>ENTRIES OF DEFAULT</u>** |

------------------------------------------------------------- x

I, PAUL D. SARKOZI, do hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a member of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, located at 900 Third Avenue, New York, New York 10022. I submit this Declaration in further support of Defendants' Motion to Set Aside the Entries of Default.

2.  Attached hereto as Exhibit C is a true and correct copy of a Minute Entry in *Peterson v. KL International LLC, et al.*, Case No. A-10-623674-C, as set forth on the website for the Clark County District Court in the State of Nevada, noting that Defendant Paul Moore's Motion to Set Aside the Default Judgment was granted.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: New York, New York
   May 13, 2013

                         PAUL D. SARKOZI

# EXHIBIT C

Skip to Main Content Logout My Account Search Menu New District Civil/Criminal Search Refine Search Close      Location : District Court Civil/Criminal   Help

# REGISTER OF ACTIONS
## CASE NO. A-10-623674-C

| | | |
|---|---|---|
| Morris Peterson, Plaintiff(s) vs. KL International LLC, Defendant(s) | § § § § § § | Case Type: Breach of Contract<br>Date Filed: 08/23/2010<br>Location: Department 13<br>Conversion Case Number: A623674 |

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Defendant | KL International LLC | |
| Defendant | Moore, Paul | Richard McKnight<br>*Retained*<br>7023887185(W) |
| Defendant | Red Canyon Advisors | |
| Plaintiff | Morris Peterson *Formerly Known As* Morris Pickering and Peterson | Steve L. Morris<br>*Retained*<br>7024749400(W) |

### EVENTS & ORDERS OF THE COURT

05/14/2012 | **Motion to Set Aside Default Judgment** (9:00 AM) (Judicial Officer Denton, Mark R.)
*Defendant Paul Moore's Motion to Set Aside Default Judgment*

**Minutes**
05/14/2012 9:00 AM
- Jean-Paul Hendricks, Esq., for Plaintiff Richard McKnight, Esq., for Defendant Moore As to Defendant Paul Moore's Motion to Set Aside Default Judgment, counsel argued lack of service versus avoiding service. Upon Court's inquiry, Mr. McKnight said that service will be made if the Court grants the motion. Following argument, COURT ORDERED Motion GRANTED; Defendant Moore to pay One Thousand Dollars ($1,000) in attorney fees to Plaintiff's counsel within thirty (30) days from today. Mr. McKnight to submit Order.

Return to Register of Actions