UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

KINGS ROAD HOLDINGS VII LTD and : 12-CV-08657 (RWS)
KINGS ROAD INVESTMENTS LTD, :
:
              Plaintiffs, :
:
  - against - :
: **NOTICE OF MOTION**
PAUL A. MOORE; :
MBC GLOBAL, LLC; :
MOORE INVESTMENTS, INC.; and :
RED CANYON ADVISORS, LLC, :
:
              Defendants. :
:
                                  DATE FILED: 5/30/13
------------------------------------------------------------------- x

    **PLEASE TAKE NOTICE** that, upon the accompanying Declarations of Paul A. Moore, and Paul D. Sarkozi, the Memorandum of Law in Support of their Motion to Set Aside the Entries Of Default, dated April 17, 2013, and all prior pleadings and proceedings, Defendants Paul A. Moore, MBC Global, LLC, Moore Investments, Inc. and Red Canyon Advisors, LLC will move this Court before the Honorable J. Sweet, United States District Judge, at the Daniel Patrick Moynihan, 500 Pearl Street, New York, New York 10007, on May 22, 2013, or at a date and time to be determined by this Court, for an order pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, setting aside the Clerk's Entries of Default requested by Plaintiffs.

    Pursuant to Your Honor's Individual Rules of Practice, oral argument shall be held on May 22, 2013 at 12:00 p.m.

*[Handwritten note:] The motion is granted. No significant delay has resulted and it is alleged that there are meritorious defenses to this over 50 million claim. So ordered. Sweet 5-29-13*

Date:  New York, New York
       April 17, 2013

                            TANNENBAUM HELPERN
                            SYRACUSE & HIRSCHTRITT LLP

                            By: ____/s/Paul D. Sarkozi_____
                                  Paul D. Sarkozi
                                  Zev F. Raben
                            900 Third Avenue
                            New York, New York 10022
                            (212) 508-6700 (phone)
                            (212) 371-1084 (fax)
                            sarkozi@thsh.com
                            raben@thsh.com
                            *Attorneys for Defendants*